## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

RANDY J. HANSELL, :

    Plaintiff, :

vs. :   CA 06-0182-BH-C

JO ANNE B. BARNHART, :
Commissioner of Social Security,
                                                 :

    Defendant.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and the Commissioner having expressly stated (Doc. 15) that she will file no objection, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 26, 2006 (Doc. 14) is **ADOPTED** as the opinion of this Court.

**DONE** this 21st day of November, 2006.

                                                                             s/ W. B. Hand
                                                                      SENIOR DISTRICT JUDGE